BADIAK & WILL, LLP
Attorneys for Defendant
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 08-F-009-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ST. PAUL FIRE AND MARINE INSURANCE COMPANY
a/s/o Mover's Inc.,

Case No.: 08 Civ. 4975

          Plaintiff,

  -against-                        **RULE 7.1 STATEMENT**

UNITED AIRLINES, INC.,

          Defendant.
------------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, ST. PAUL AND MARINE INSURANCE COMPANY, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

            **SEE ATTACHED LIST**

Dated: May 28, 2008

                                  SIGNATURE OF ATTORNEY
                                  JAMES P. KRAUZLIS

[Stamp: RECEIVED MAY 30 2008 U.S.D.C. S.D.N.Y. CASHIERS]
[Stamp: JUDGE CASTEL]

**ST. PAUL COMPANIES**
  Athena Assurance Company
  Discover Property and Casualty
  Discover Specialty Ins Co
  Fidelity & Guaranty Ins Co
  Fidelity & Guaranty Ins Undrws
  GeoVera Insurance Company
  Northbrook Prop & Cas Ins Co
  Pacific Select Property Ins Co
  St. Paul Fire & Casualty Ins
  St. Paul Fire & Marine Ins Co
  St. Paul Guardian Ins Co
  St. Paul Indemnity Ins Co
  St. Paul Insurance Company
  St. Paul Ins Co of IL
  St. Paul Insurance Co of ND
  St. Paul Medical Liab Ins Co
  St. Paul Mercury Ins Co
  St. Paul Property & Cas Ins Co
  St. Paul Surplus Lines Ins Co
  Seaboard Surety Company
  United States Fid & Guar Co
  USF&G Business Insurance Co
  USF&G Family Insurance
   Company
  USF&G Founders Ins Co
  USF&G Insurance Company of MS
  USF&G Insurance Company of WI
  USF&G Pacific Insurance Co
  USF&G Small Business Ins Co
  USF&G Specialty Insurance Co
  USF&G West Insurance Co
**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**