Form 27 - GENERAL PURPOSE

**BADIAK & WILL, LLP**
**ATTN:**

U.S. SOUTHERN COURT    NEW YORK COUNTY

---

ST. PAUL FIRE AND MARINE INSURANCE          plaintiff
COMPANY A/S/O MOVER'S INC.
    - against -

UNITED AIRLINES, INC.          defendant

---

Index No. **08 CIV 4975**

Date Filed ..............

Office No. **08-F-009-JK**

Court Date: / /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**STEVE AVERY**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
 That on the **19th day of June, 2008**    at **11:25 AM.,**          at
 **%PRENTISS HALL CORPORATION 80 STATE ST.**
 **ALBANY, NY 12207**
I served a true copy of the
 **SUMMONS AND COMPLAINT**
 **JUDGES RULES**
 **ELECTRONIC FILING INSTRUCTIONS**

upon **UNITED AIRLINES, INC.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
 **MAUREEN COGAN,   CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

 Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
  SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BROWN**
  APP. AGE: **40**          APP. HT: **5:6**          APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
25th  day of  June, 2008ni


KENNETH WISSNER
Notary Public, State of New York
 No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..........................
STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM133551

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
a/s/o Mover's Inc.,

**SUMMONS IN A CIVIL CASE**

V.

UNITED AIRLINES, INC.,

CASE NUMBER:

**08 CIV 4975**

**JUDGE CASTEL**

TO: (Name and address of defendant)

UNITED AIRLINES, INC.
JFK Airport, Building #22
Jamaica, New York 11430    and

UNITED AIRLINES, INC.
2850 West Golf Road, Suite 600
Rolling Meadows, IL 60008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
OurRef.: 08-F-009-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 29 2008

DATE